Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No.: 13703
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiff Miranda Etheridge*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Miranda Etheridge,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Adventure Combat Operations, LLC,<br><br>　　　　Defendant. | Case No.: 2:16-cv-02834-JAD-GWF<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF No. 21 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Miranda Etheridge ("Plaintiff") and Defendant Adventure Combat Operations, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 26th day of July 2017.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Jackson Lewis P.C.**

By: /s/ Lisa A McClane
Andrew D. Moore, Esq.
Lisa A McClane, Esq.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [ECF No. 21] and good cause appearing, **IT IS HEREBY ORDERED that this case is DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
7-26-17